**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CIVIL ACTION NO. 24-95-DLB-EBA**

**BOBBY MART, JR.**                                                            **PLAINTIFF**

**v.**                              **ORDER**

**TAMMY WETTINGTON, et al.**                           **DEFENDANTS**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 35), wherein he recommends that the Defendants' Motions to Dismiss (Doc. # 28 and 31) be granted. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 35), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant Tammy Wettington's Motion to Dismiss (Doc. # 28) is **GRANTED**;

(3) Defendants Gilvin, Reyna and Beller's and Motion to Dismiss (Docket No. 31) is **GRANTED**; and

(4) This matter is hereby **DISMISSED** and **STRICKEN** from the Court's active docket.

1

This 11th day of February, 2026.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2024\24-95 Order Adopting R&R.docx